**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO. 1:20-cr-00173(3)RP |
| MILAN DIMITROV | § § | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE ALL DEADLINES**

On _____, 2024, came on to be heard Defendant MILAN DIMITROV's Unopposed Motion to Continue all Deadlines in this cause. The Court finds that the Motion has merit and should be granted. **IT IS THEREFORE ORDERED that Defendant MILAN DIMITROV's deadlines in this matter be reset for at least 60 days as agreed to by the parties and for other such relief that this Honorable Court deems just and right.**

(Granted)                    (Denied)

_____
**HONORABLE ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**

4